UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 10-42-GFVT |
| V. | ) ) | |
| JERRY FUSTON, | ) ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Recommended Disposition of United States Magistrate Judge Hanly A. Ingram [R. 31] filed herein on March 15, 2011. Consistent with local practice, the Recommended Disposition addresses the question of competency of the Defendant, Jerry Fuston. [*Id.*]

After reviewing the forensic report of the Defendant's psychiatric evaluation and conducting a competency hearing, Magistrate Judge Ingram concluded that the Defendant "is able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense." [*Id.*] The Recommended Disposition advises the parties that any objections must be filed within fourteen days of service and that failure to object waives the right to further appeal. [*Id.*] As of this date, neither party has filed objections or sought an extension of time to do so. Thus, pursuant to 28 U.S.C. § 636(b)(1), this Court will adopt the Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [R. 31] is **ADOPTED** as and for the opinion of this Court;

2. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court **DECLARES** all time related to the competency evaluation and determination excludable under the Speedy Trial Act.

3. The trial will be held on Tuesday, May 31, 2011 at 1:00 p.m. in London, Ky.

4. The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office and the United States Marshal.

This the 17th day of May, 2011.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge